**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PARVIN SIECZKOWSKI, an individual, | No. 12-56211 |
| Plaintiff - Appellant, | D.C. No. 2:11-cv-02282-SVW-AJW |
| v. | |
| CAROLYN W. COLVIN, Commissioner Social Security Administration, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Argued and Submitted February 14, 2014
Pasadena, California

Before: PAEZ and NGUYEN, Circuit Judges, and MOTZ, Senior District Judge.[**]

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The Honorable J. Frederick Motz, Senior District Judge for the U.S. District Court for the District of Maryland, sitting by designation.

Parvin Sieczkowski appeals the district court's grant of summary judgment in favor of Social Security Administration Commissioner Michael J. Astrue.[1] We have jurisdiction under 28 U.S.C. § 1291.

We affirm for the reasons stated by the district court in its order of June 7, 2012.

**AFFIRMED.**

---

[1] Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is substituted for her predecessor, Michael J. Astrue, pursuant to Fed. R. App. P. 43(c)(2).